```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION

JEVONTAY STEPHENS,              :
GDC 1000436136,                 :
     Petitioner,                :
                                :
     v.                         :   CIVIL ACTION NO.
                                :   1:13-CV-3234-TWT-ECS
APPELLATE COURT OF GEORGIA,     :
et al.,                         :
     Respondents.               :
```

**FINAL REPORT AND RECOMMENDATION**

State inmate Jevontay Stephens mailed to this Court an Application for Writ of Habeas Corpus on a Georgia state form captioned "In the Superior Court of Appeal / State of Georgia." See [Doc. No. 1]. Because it appears that Stephens intended to file his Application in state court rather than here and because it appears from the Application that Stephens' claims, in any event, have not yet been fully exhausted in state court and would be subject to summary dismissal if filed – prematurely – in this Court, see 28 U.S.C. § 2254(b)(1)(A), the undersigned **RECOMMENDS** that this case be **ADMINISTRATIVELY CLOSED.**

The Clerk is **DIRECTED** to retain a copy of Stephens' Application for the docket, but to return the original to Stephens for filing in the Superior Court in the county in which he is being held. See O.C.G.A. § 9-14-43.

The Clerk is further **DIRECTED** to send Stephens one copy of this Court's 28 U.S.C. § 2254 petition form and one copy of this Court's in forma pauperis ("IFP") affidavit form.  If it was Stephens' intention to initiate a habeas corpus proceeding in this Court rather than in Georgia state court, he may do so by using the federal habeas form and either paying the $5 filing fee or returning the IFP affidavit form, with all required certifications, attachments, and signatures.  See 28 U.S.C. § 1915(a)(2).

To the extent it may be necessary to address whether a certificate of appealability is warranted from the administrative closure of this case, the undersigned **RECOMMENDS** that a certificate of appealability be **DENIED** because Stephens has not made the requisite showing.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 478 (2000).

The Clerk is **DIRECTED** to terminate the referral of this case to the undersigned.

**SO RECOMMENDED AND DIRECTED**, this 7th day of October, 2013.

*S/ E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

2

AO 72A
(Rev.8/82)

```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION

JEVONTAY STEPHENS,              :
GDC 1000436136,                 :
     Petitioner,                :
                                :
     v.                         :    CIVIL ACTION NO.
                                :    1:13-CV-3234-TWT-ECS
APPELLATE COURT OF GEORGIA,     :
et al.,                         :
     Respondents.               :
```

### ORDER FOR SERVICE OF REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Attached is the report and recommendation of the United States Magistrate Judge in this action in accordance with 28 U.S.C. § 636(b)(1) and this Court's Civil Local Rule 72.  Let the same be filed and a copy, together with a copy of this Order, be served upon counsel for the parties.

Pursuant to 28 U.S.C. § 636(b)(1), each party may file written objections, if any, to the report and recommendation within fourteen (14) days of service of this Order.  Should objections be filed, they shall specify with particularity the alleged error or errors made (including reference by page number to the transcript if applicable) and shall be served upon the opposing party.  The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the District Court.  If no objections are filed, the report and recommendation may be adopted as the opinion and order of the

District Court and any appellate review of factual findings will be limited to a plain error review.  <u>United States v. Slay</u>, 714 F.2d 1093 (11th Cir. 1983).

    The Clerk is **DIRECTED** to submit the report and recommendation with objections, if any, to the District Court after expiration of the above time period.

    **SO ORDERED,** this 7th day of October, 2013.

                                          ***S/ E. Clayton Scofield III***
                                          E. CLAYTON SCOFIELD III
                                          UNITED STATES MAGISTRATE JUDGE