IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JEVONTAY STEPHENS,

   Petitioner,

     v.

APPELLATE COURT OF GA, et al.,

   Respondent.

CIVIL ACTION FILE
NO. 1:13-CV-3234-TWT

ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge that the case be administratively closed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Clerk is directed to close this case administratively.

SO ORDERED, this 15 day of November, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Stephens\r&r.wpd